# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| | * | Citation No(s): 4349887 |
| v. | * | |
| Thomas Lehner | * | |
| Defendant | * | Docket No: 14-mj-2447 |
| | * | |

*************

## PLEA AGREEMENT

| ORIGINAL CHARGE | AMENDED CHARGE | FINE | SPECIAL ASSESSMENT | PROCESSING FEE |
|---|---|---|---|---|
| OAS | Fail to Display 4 16-112 | 70 | 5 | 25 |
| | | | | |
| | | | | |

TOTAL DUE: $ 100

*(Section to be completed by court personnel)*

Payment is due in full within seven days unless otherwise approved. Make your check or money order payable to CLERK, U.S. DISTRICT COURT. Include your citation (ticket) number on check or money order and outside of the court-supplied envelope. Please mail Defendant's copy and payment to:

☐ **Central Violations Bureau, P.O. BOX 71363, Philadelphia, PA 19176-1363**
  (or you may pay online at www.cvb.uscourts.gov)
☐ **Clerk, U.S. District Court, 101 W. Lombard Street, Baltimore, MD 21201**

☐ Waive Initial Appearance      ☐ Continue to Obtain License
☐ Continue for Payment          ☐ Continue to Retain Attorney
☐ Set for Trial                 ☐ New Court Date: _____
☐ Dismissed by the Government          at: _____ a.m.

COMMENTS: 90 days to pay

Defendant's Signature                Assistant U.S. Attorney

Attorney for Defendant               Date: 11/12/2014

*Original – Court     Yellow – Defendant     Pink – AUSA*

Plea Agreement (01/2013) Triple